RUTH M. HOLDEN, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of the Estate of FRANK LESLIE, Deceased. CARRIE CHAPMAN CATT, Appellant; ALLEN S. WRENN and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

JAMES FAY, Appellant, v. THE BROCKWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

MARY E. DENNEEN, Respondent, v. ESSEN CONSTRUCTION COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

VELVET COMPANY, INC., Appellant, v. JOHN W. BLACKLEDGE, Doing Business as JOHN W. BLACKLEDGE MANUFACTURING COMPANY, Not Incorporated, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESS BACOLA, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

HERMAN & HERMAN, INC., Respondent, v. BENJAMIN BROWN and Another, Doing Business as B. BROWN & BRO., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.; Page and Davis, JJ., dissented.

MARION S. HALEY, Respondent, v. CATHERINE L. H. MOTLEY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

CHARLES KAHN, Appellant, v. JOSEPH SCHULMAN and Another, Respondents.— Orders reversed, with costs, and judgment ordered on the verdict, with costs, on the ground that the verdict was neither excessive nor against the weight of evidence. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

MORRIS J. HIRSCH and Others, Respondents, v. LOUIS KAPLAN, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

SAMUEL ROTTENBERG, as Trustee, etc., Respondent, v. OSCAR ENGLANDER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

GEORGE H. PRIOR, Appellant, v. AMERICAN UNION LINE, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

ANNE ELIZA MILLER, Respondent, v. DANIEL E. WOLFE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of JACOB H.